IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK KEVIN ESQUIBEL,

          Petitioner,

vs.                                      No. CIV-12-724 WPJ/CG

JAMES LOPEZ, Warden, and
GARY K. KING, New Mexico
Attorney General,

          Respondents.

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on *Respondents' Motion for an Extension of Time*. (Doc. 30). Respondents request a thirty day extension of time to file an answer to Petitioner's habeas petition. (*Id.* at 1). In support, Respondents state that they are still waiting to receive the criminal documents regarding Petitioner's underlying conviction. (*Id.* at 1-3). The Court finds that Respondents have shown good cause for an extension of time.

**IT IS HEREBY ORDERED** that Respondents' motion is granted and Respondents shall have until September 12, 2012, to file an Answer.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE